WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    Charles Trullinger (018936)
        trullinc@mcao.maricopa.gov
        Sherle R. Flaggman (019079)
        flaggmas@mcao.maricopa.gov
        Deputy County Attorneys

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone 602.506.8541
Facsimile 602.506.8567
ca-civilmailbox@mcao.maricopa.gov
Firm No. 00032000

Attorneys for Defendants Maricopa County & Arpaio

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTONIO ANDRES LECHUGA,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY, body politic of State of Arizona; Maricopa County Sheriff Joseph Arpaio; Detention Officer Morris #B0541; Detention Officer Mixell #B1867; JOHN and JANE DOE'S I-X AND PARTNERSHIPS AND/OR CORPORATIONS I-X,<br><br>Defendants. | No. _____<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2016-091621 TO THE UNITED STATES DISTRICT COURT** |

1

Defendants, Maricopa County and Sheriff Joseph M. Arpaio, by and through undersigned counsel and pursuant to 28 U.S.C. §§1441(c), §1446(a), and Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, notice the removal of the above-captioned case, cause number CV2016-091621, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about January 29, 2016, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption *Antonio Andres Lechuga v. Maricopa County et al.,* No. CV2016-091621. A copy of the Complaint, and all other documents previously filed in this matter and served on Defendants is attached hereto as Exhibit "A."

2. The Complaint was served on Defendants Maricopa County and Maricopa County Sheriff Joseph Arpaio on May 12, 2016.

3. Defendants Detention Officer Morris #B0541 and Detention Officer Mixel #B1867 are no longer employed with the Maricopa County Sheriff's Office and therefore have not yet been served with the Complaint.

4. The Defendants have not pled, answered or otherwise appeared in the action.

5. This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

6. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiffs' civil rights and is brought under 42 U.S.C. § 1983.

7. By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil actions pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441(c). The Defendants who have been served consent to the removal of this action.

8. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "B", has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants.

WHEREFORE, Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 1st day of June, 2016.

>WILLIAM G. MONTGOMERY
>MARICOPA COUNTY ATTORNEY
>
>BY: /s/ Charles Trullinger
>   CHARLES TRULLINGER
>   SHERLE R. FLAGGMAN
>   Deputy County Attorneys
>   *Attorney for Defendants Maricopa County & Arpaio*

CERTIFICATE OF SERVICE

I hereby certify that on June 1st, 2016, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003

3

and COPIES mailed to:

Honorable David Udall
Maricopa County Superior Court
Southeast Facility – 2E
222 E. Javelina Ave.
Mesa, AZ 85210-6234

Keith M. Knowlton, Esq.
KEITH M. KNOWLTON, LLC
9920 S. Rural Rd., Ste. 108
PMB #132
Tempe, AZ 85284-4100
keithknowlton@msn.com
*Attorney for Plaintiff*


/s/ D. Ochoa
S:\CIVIL\CIV\Matters\CJ\2016\Lechuga v. MC CJ16-7001\Pleadings\Removal Docs\Notice of Removal (District).docx