# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTONIO ANDRES LECHUGA, | No. _____ |
| Plaintiff, | |
| v. | **INDEX** |
| MARICOPA COUNTY, body politic of State of Arizona; Maricopa County Sheriff Joseph Arpaio; Detention Officer Morris #B0541; Detention Officer Mixell #B1867; JOHN and JANE DOE'S I-X AND PARTNERSHIPS AND/OR CORPORATIONS I-X, | |
| Defendants. | |

Exhibit:    (A)    Contents of Superior Court File No. CV2016-091621

(B)    Superior Court Notice of Removal to the Federal District Court

(C)    Supplemental Cover Sheet

(D)    Civil Cover Sheet

S:\CIVIL\CIV\Matters\CJ\2016\Lechuga v. MC CJ16-7001\Pleadings\Removal Docs\Notice of Removal Index (District).docx

# EXHIBIT A

MICHAEL K. JEANES
Clerk of the Superior Court
By Cassandra Knotts, Deputy
Date 01/29/2016 Time 10:26:36

| Description | Amount |
|---|---|
| ---------- CASE# CV2016-091621 ---------- | |
| CIVIL NEW COMPLAINT | 319.00 |
| | |
| TOTAL AMOUNT | 319.00 |
| Receipt# 25018723 | |

1  KEITH M. KNOWLTON, L.L.C.
   9920 S. Rural Road, Suite 108
2  PMB# 132
   Tempe, Arizona 85284-4100
3  (480) 755-1777
   FAX (480) 471-8956
4  Attorney for Plaintiff
   **Keith M. Knowlton - SBN 011565**
5  keithknowlton@msn.com

6  *Attorney for Plaintiff*

7

8            **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

9                **IN AND FOR THE COUNTY OF MARICOPA**

10

11  Antonio Andres Lechuga,                    CV2016-091621

12                    Plaintiff,

13  vs.
                                               COMPLAINT
14  Maricopa County, a body politic of the
    State of Arizona; Maricopa County Sheriff
15  Joe Arpaio; Detention Officer Morris
    #B0541; Detention Officer Mixell #B1867;
16  John and/or Jane Does I-X and Partnerships
    and/or Corporations I-X,
17
                     Defendants.
18

19
         Plaintiff Antonio Andres Lechuga, as and for his Complaint against
20
    Defendants, alleges as follows:
21
                        **JURISDICTIONAL ALLEGATIONS**
22
         1.    Plaintiff Antonio Andres Lechuga ("Lechuga") at all times relevant to the
23
    complaint resided in Maricopa County, Arizona.
24
         2.    Defendant Maricopa County is a body politic of the State of Arizona.
25

26

1735964.1

3.    Defendant Sheriff Arpaio is the duly elected Maricopa County Sheriff. The Maricopa County Sheriff's Office run and controlled by Sheriff Arpaio is a non-jural entity.

4.    Defendant Detention Officer Morris B0541, at all times relevant to this complaint was a Detention Officer for the Maricopa County Sheriff's Office and caused events to occur in Maricopa County, Arizona out of which this complaint arose.

5.    Defendant Detention Officer Mixell B1867, at all times relevant to this complaint was a Detention Officer for the Maricopa County Sheriff's Office and caused events to occur in Maricopa County, Arizona out of which this complaint arose.

6.    Defendants John and/or Jane Does I-X and Partnerships and/or Corporations I-X are individuals and or entities that are liable to Plaintiffs for the injuries set forth herein and who are unknown to Plaintiffs at this time.  Plaintiffs will amend the complaint to include these Defendants as soon as their names are discovered.

7.    Defendants and each of them caused events to occur in Maricopa County out of which this complaint arose.

8.    Upon information and belief, Maricopa County and/or Sheriff Arpaio are respondiate superior liable for the acts of their Defendant employees on all state tort claims.

## JURISDICTION AND VENUE

9.    This Court has jurisdiction and venue over this matter and the parties.

## JURY DEMAND

10.    A jury trial is requested.

2

# FACTUAL ALLEGATIONS

11.   Plaintiff incorporated herein by this reference all the preceding numbered paragraphs.

12.   On April 1, 2014, Plaintiff was removed from his cell in belly belt restraint by Defendants and told to sit at the dayroom table closest to the Dayroom slider.

13.   Plaintiff had been removed from his cell to be taken to a Level 4 medical appointment.

14.   Plaintiff complied with all instructions.

15.   Defendant Morris then walked away from Plaintiff to a far point in the day room.

16.   Defendant Mixell then removed inmate Ralph Ortega ("Ortega") from his cell in belly belt restraint.

17.   Defendant Mixell stayed by Ortega's cell door and did not move.

18.   Defendants allowed Ortega to walk towards Plaintiff without supervision or direction.

19.   Ortega walked in a bee line toward Plaintiff.

20.   Defendants did nothing to stop him and were not in a position to assist Plaintiff if he was assaulted by Ortega.

21.   Defendants just watched Ortega walk up to Plaintiff.

22.   As Ortega got close, Plaintiff stood,

23.   Ortega immediately started kicking at Plaintiff and was able to connect with Plaintiff body.

24.   Ortega continued to kick Plaintiff as Plaintiff attempted to move backward to avoid his kicks.

25.   Defendants did not try to stop Ortega from walking towards Plaintiff and

3

1   did not react as kicks were hitting Plaintiff.

2       26.   Finally, Defendants intervened and Officer Mixell grabbed inmate Ortega

3   and escorted him away from Plaintiff.

4       27.   Defendants documented that Plaintiff was kicked in his right pectoral and

5   there was some pink discoloration on the right side of Plaintiff's chest.

## COUNT ONE
### (42 U.S.C. § 1983)

7       28.   The allegations set forth above are fully incorporated herein by this

8   reference.

9       29.   In committing the above referenced actions and/or omissions and the

10  following, Defendants acted under color of state law, and engaged in conduct that

11  was the proximate cause of a violation of Plaintiff's rights under the Fourth and

12  Fourteenth Amendments to the Constitution of the United States of America,

13  including but not limited to deliberate indifference to Plaintiff's safety by allowing

14  Ortega to walk toward Plaintiff in the dayroom unescorted and allow him to kick

15  Plaintiff many times before interceding, thereby violating Plaintiff's civil rights

16  under 42 U.S.C. § 1983.

17      30.   Defendants knew they had two inmates in the dayroom and walked away

18  from and stayed away from both inmates allowing Ortega to approach and kick

19  Plaintiff.

20      31.   Upon information and belief, based on the fact Defendants did nothing to

21  protect Plaintiff from being assaulted by Ortega and intentionally allowed Ortega to

22  get to Plaintiff and assault him.

23      32.   Based on Defendants actions, contained in the video, Defendants knew

24  Ortega was going to assault Plaintiff and allowed it to happen.

25      33.   Defendants proximately caused Plaintiff damages, including but not

26  limited to emotional distress, in an amount to be proven at trial.

4

34.   Pursuant to 42 U.S.C. § 1983, the Individual Defendants are liable to Plaintiff for the above described violations of Plaintiffs Constitutional rights. Plaintiff is entitled to all rights, remedies, in law or in equity, available to her under 42 U.S.C. § 1983.

35.   Plaintiff is entitled to recover her reasonable costs and attorney's fees under 42 U.S.C. § 1988.

36.   Plaintiff is entitled to punitive damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

1.   For compensatory damages, including but not limited to emotional distress, all in an amount to be determined at the time of trial;

2.   For Attorneys fees and costs;

3.   Award Plaintiffs punitive damages in an amount to be determined at the time of trial;

4.   And to grant such other and further relief as the Court feels is just under the circumstances.

DATED this 29th day of January 2016.

KEITH M. KNOWLTON, L.L.C.

By _____
Keith M. Knowlton
Attorney for Plaintiff

5

MICHAEL K. JEANES, CLERK

BY _____ DEP

**FILED**

**2016 JAN 29  AM 10: 25**

1  KEITH M. KNOWLTON, L.L.C.
   9920 S. Rural Road, Suite 108
2  PMB# 132
   Tempe, Arizona 85284-4100
3  (480) 755-1777
   FAX (480) 471-8956
4  Attorney for Plaintiff
   **Keith M. Knowlton - SBN 011565**
5  keithknowlton@msn.com

6          IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

7              IN AND FOR THE COUNTY OF MARICOPA

8                                          CV 2016-091621

9
   Antonio Andres Lechuga,                )
10                                         )
            Plaintiff,                     )  **CERTIFICATE OF COMPULSORY**
11                                         )  **ARBITRATION**
   vs.                                     )
12                                         )
   Maricopa County, a body politic of the  )
13  State of Arizona; Maricopa County      )
    Sheriff Joe Arpaio; Detention Officer  )
14  Morris #B0541; Detention Officer Mixell )
    #B1867; John and/or Jane Does I-X and  )
15  Partnerships and/or Corporations I-X,  )
                                           )
16          Defendants.                    )
                                           )

17
           The undersigned certifies that he or she knows the dollar limits and any other

18
   limitations set forth by the local rules of practice for the applicable superior court, and
19
   further certifies that this case is subject to compulsory arbitration, as provided by
20
   Rules 72 through 76 of the Arizona Rules of Civil Procedure.
21

22         DATED this 29th day of January, 2016.

23

24                              KEITH M. KNOWLTON, L.L.C.

25                              By: _____

26                                  Keith M. Knowlton
                                    Attorney for Plaintiff

                                    1



# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
05/04/2016
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

04/30/2016

COURT ADMINISTRATION

**Case Number:** CV2016-091621

**Antonio Andres Lechuga**

**V.**

**Maricopa County**

This matter is currently assigned to the Arbitration Calendar, under the supervision of the Honorable David K. Udall

## NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 01/29/2016 is subject to dismissal pursuant to Rule 4 (i), Arizona Rules of Civil Procedure. The deadline for completing service is 05/27/2016. If no judge has extended time for completing service and no defendants have been served by this date, this case will be dismissed.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2016-091621

| Party Name | Attorney Name | |
|---|---|---|
| Antonio Andres Lechuga | Keith M Knowlton | Bar ID: 011565 |

MICHAEL K. JEANES, CLERK
BY                          DEP
                TP30U
                FILED

16 MAY 16 AM 8:19

IN THE SUPERIOR COURT OF ARIZONA

IN THE COUNTY OF MARICOPA

ANTONIO ANDRES LECHUGA,            )   Case No.: CV2016-091621
                                   )
        Petitioner,                )
                                   )
vs.                                )   CERTIFICATE OF SERVICE,
                                   )
MARICOPA COUNTY SHERIFF,           )
JOE ARPAIO,                        )
        Respondent.                )
                                   )

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to ARCP 4(d), 4(e), and 45(d), to serve process in this action. That on May 12, 2016, I received the following documents: From; Kieth Knowlton, Esq., 480-755-1777,

        SUMMONS
        CERTIFICATE OF ARBITRATION
        COMPLAINT

    In each instance I served a true copy (1) ONE of each document listed above on those named below in the manner and time and place shown below.

Service was made upon: V. TORTORELLO #B1908 , On May 12, 2016, @ 9:50 AM
At : 5501 W Jackson St., Phoenix, AZ. By hand in person at Maricopa Sheriffs Office
    V. Tororello a black female, is of age and discretion and works as a Clerk for Maricopa County Sheriff,

    The undersigned being duly sworn, state, I am a registered officer of the Superior Court of Arizona and duly approved as a Private Process Server, On 05-12-16, I received a true copy of each document above, I served the same on 05-12-16 upon V. Tortorello @ Maricopa County Sheriffs Office, Legal Dept.

                                        Chris Denison,  480-577-4509
                                        Maricopa County, #7050

            Service Fee: $50.00

MICHAEL K. JEANES, CLERK
BY ꟼꟼꟾꟾ             DEP

FILED

16 MAY 16   AM 8: 19

IN THE SUPERIOR COURT OF ARIZONA

IN THE COUNTY OF MARICOPA

ANTONIO ANDRES LECHUGA,                ) Case No.: CV2016-091621
                                       )
         Petitioner,                   )
                                       )
vs.                                    ) CERTIFICATE OF SERVICE,
                                       )
MARICOPA COUNTY,                       )
                                       )
         Respondent.                   )
_____       )

The undersigned certifies under penalty of perjury: That I am fully qualified pursuant to ARCP 4(d), 4(e), and 45(d), to serve process in this action. That on May 12, 2016, I received the following documents: From; Kieth Knowlton, Esq., 480-755-1777,

         SUMMONS
         CERTIFICATE OF ARBITRATION
         COMPLAINT


     In each instance I served a true copy (1) ONE of each document listed above on those named below in the manner and time and place shown below.

Service was made upon: (Maricopa County) AMY GOODLOE, On May 12, 2016, @ 9:58 AM
At : 301 W Jefferson St.l, #10 Fl., Phoenix, AZ.  By hand in person at Maricopa County Office
     Amy Goodloe a white female, is of age and discretion and works as a Clerk for Maricopa County,

     The undersigned being duly sworn, state, I am a registered officer of the Superior Court of Arizona and duly approved as a Private Process Server, On 05-12-16, I received a true copy of each document above, I served the same on 05-12-16 upon Amy Goodloe @ Maricopa County,

                                        _____
                                        Chris Denison,  480-577-4509
                                        Maricopa County, #7050


         Service Fee: $25.00

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
5/17/2016 7:27:00 PM
Filing ID 7427150

1  KEITH M. KNOWLTON, L.L.C.
   9920 S. Rural Road, Suite 108
2  PMB# 132
   Tempe, Arizona 85284-4100
3  (480) 755-1777
   FAX (480) 471-8956
4  Attorney for Plaintiff
   **Keith M. Knowlton – SBN 011565**
5  keithknowlton@msn.com

6

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                 **IN AND FOR THE COUNTY OF MARICOPA**

9
   Antonio Andres Lechuga,                    Case No. CV2016-091621
10
                  Plaintiff,
11
   vs.
12                                            MOTION FOR ORDER DIRECTING
   Maricopa County, a body politic of the    THE MARICOPA COUNTY SHERIFF'S
13 State of Arizona; Maricopa County          OFFICE TO PROVIDE PERSONAL
   Sheriff Joe Arpaio; Detention Officer      IDENTIFICATION INFORMATION FOR
14 Morris #B0541; Detention Officer           DEFENDANTS OFFICER MORRIS AND
   Mixell #B1867; John and/or Jane Does       OFFICER MIXELL
15 I-X and Partnerships and/or
   Corporations I-X,
16
                  Defendants.
17

18

19         Plaintiff Antonio Andres Lechuga ("Lechuga") has served Maricopa

20 County and Sheriff Arpaio.  However Defendants Maricopa County Detention

21 Officer Morris #B0541 and Detention Officer Mixell #B1867 ("Individual

22 Defendants") no longer work for the Sheriff's Office and the Sheriff's Office

23 will not provide contact information for these Defendants unless they receive an

24 order from this Court.  They will not provide the information in response to a

25 subpoena from this Court.  Therefore, Plaintiff respectfully requests the Court

26 enter an order directing the Maricopa County Sheriff's Office to provide all

27 telephone numbers, addresses, current mailing addresses and birthdates of the

28 Individual Defendants to Plaintiff's counsel so that Plaintiff can locate and serve

1 | Defendants with the Complaint.  Without this information Plaintiff will not be
2 | able to locate these Defendants for service.
3 |     WHEREFORE, for the reasons set forth above, Plaintiff requests and
4 | order from this Court directing the Maricopa County Sheriff's Office to provide
5 | all telephone numbers, addresses, current mailing addresses and birthdates for
6 | Defendants Maricopa County Detention Officer Morris #B0541 and Detention
7 | Officer Mixell #B1867.
8 |     **RESPECTFULLY SUBMITTED** this 17th day of May, 2016.

**KEITH M. KNOWLTON, LLC**

/s/ Keith Knowlton

By _____
       Keith Knowlton, Esq.
       Attorney for Plaintiff


CERTIFICATE OF SERVICE


    I hereby certify that on May 17, 2016, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following as follows:

Maricopa County Sheriff's Office
Legal Liaison
550 W. Jackson Street
Phoenix, Arizona 85003

    /s/ Keith Knowlton
By: _____

-2-

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
E. Hailes, Deputy
5/27/2016 1:55:00 PM
Filing ID 7454339

1  KEITH M. KNOWLTON, L.L.C.
   9920 S. Rural Road, Suite 108
2  PMB# 132
   Tempe, Arizona 85284-4100
3  (480) 755-1777
   FAX (480) 471-8956
4  Attorney for Plaintiff
   **Keith M. Knowlton - SBN 011565**
5  keithknowlton@msn.com

6

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                **IN AND FOR THE COUNTY OF MARICOPA**

9   Antonio Andres Lechuga,              | Case No. CV2016-091621

10                Plaintiff,

11  vs.

12  Maricopa County, a body politic of the   | MOTION FOR EXTENSION OF TIME
    State of Arizona; Maricopa County         | TO SERVE DEFENDANTS MIXELL
13  Sheriff Joe Arpaio; Detention Officer     | AND MORRIS
    Morris #B0541; Detention Officer
14  Mixell #B1867; John and/or Jane Does
    I-X and Partnerships and/or
15  Corporations I-X,

16                Defendants.

17

18

19        Plaintiff Antonio Andres Lechuga ("Lechuga") has served Maricopa

20  County and Sheriff Arpaio.  However Defendants Maricopa County Detention

21  Officer Morris #B0541 and Detention Officer Mixell #B1867 ("Individual

22  Defendants") no longer work for the Sheriff's Office and the Sheriff's Office

23  will not provide contact information for these Defendants unless they receive an

24  order from this Court.  Plaintiff has filed a Motion with the Court to obtain the

25  personal information, containing addresses from the Sheriff's Office and will

26  need that order to locate and serve Defendants Mixell and Morris.

27        WHEREFORE, for the reasons set forth above, Plaintiff requests the

28  Court extend Plaintiff's deadline to serve Defendant Officer Mixell and Morris

1    for thirty (30) days from May 27, 2015.

2         **RESPECTFULLY SUBMITTED** this 27th day of May, 2016.

3

4                   **KEITH M. KNOWLTON, LLC**

5                     /s/ Keith Knowlton

6            By _____

7                   Keith Knowlton, Esq.
                    Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    Charles Trullinger (018936)
        trullinc@mcao.maricopa.gov
        Sherle R. Flaggman (019079)
        flaggmas@mcao.maricopa.gov
        Deputy County Attorneys

CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone:  (602) 506-8541
Facsimile: (602) 506-8567
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No.:  00032000

Attorneys for Defendants Maricopa County &
Arpaio

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| ANTONIO ANDRES LECHUGA,<br><br>          Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY, body politic of State of Arizona; Maricopa County Sheriff Joseph Arpaio; Detention Officer Morris #B0541; Detention Officer Mixell #B1867; JOHN and JANE DOE'S I-X AND PARTNERSHIPS AND/OR CORPORATIONS I-X,<br><br>          Defendants. | No. CV 2016-091621<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Honorable David Udall) |

TO THE CLERK OF THE COURT AND PLAINTIFF:

1

PLEASE TAKE NOTICE THAT Defendants, Maricopa County and Sheriff Joseph M. Arpaio, by and through undersigned counsel, hereby notifies this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (without) attachments filed on June 1. 2016, is attached hereto as Exhibit A.

**RESPECTFULLY SUBMITTED** this 1st day of June, 2016.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: /s/ Charles Trullinger
      CHARLES TRULLINGER
      SHERLE R. FLAGGMAN
      Deputy County Attorney
      *Attorneys for Defendants Maricopa County &*
      *Arpaio*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2016, I caused the foregoing document to be electronically transmitted to the Clerk's Office:

Honorable David Udall
Maricopa County Superior Court
Southeast Facility – 2E
222 E. Javelina Ave.
Mesa, AZ 85210-6234

and copies MAILED to:

1    Keith M. Knowlton, Esq.
2    KEITH M. KNOWLTON, LLC
     9920 S. Rural Rd., Ste. 108
3    PMB #132
     Tempe, AZ 85284-4100
4    keithknowlton@msn.com
5    *Attorney for Plaintiff*

6

7    /s/ D. Ochoa
     S:\CIVIL\CIV\Matters\CJ\2016\Lechuga v. MC CJ16-7001\Pleadings\Removal Docs\Notice of Filing Removal (Superior).docx

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ochoa Desiree**

| | |
|---|---|
| **From:** | TurboCourt Customer Service <CustomerService@TurboCourt.com> |
| **Sent:** | Wednesday, June 01, 2016 3:59 PM |
| **To:** | Ochoa Desiree; Trullinger Charles; Loucks Darcie |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #1818103 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2016-091621 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Lechuga Vs. Maricopa County, Et.Al.
Filed By: Charles E Trullinger
AZTurboCourt Form Set: #1818103
Keyword/Matter #:
Delivery Date and Time: Jun 01, 2016 3:59 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice of Removal to Federal Court: Notice of Filing Notice Of Removal

# EXHIBIT C

## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1.   **Style of the Case:**
     Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and
     Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the
     attorney(s) of record for each party named and include their bar number, firm name, correct mailing
     address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Antonio Andres Lechuga | Plaintiff | Keith M. Knowlton, Esq. SBN: 011565<br>KEITH M. KNOWLTON, L.L.C.<br>9920 S. Rural Rd., Ste. 108<br>PMB #132<br>Tempe, AZ 85284-4100<br>Tel: 480-755-1777 |
| Maricopa County; Sheriff Joseph M. Arpaio | Defendants | Charles Trullinger, DCA SBN: 018936<br>Sherle R. Flaggman DCA SBN: 019079<br>Maricopa County Attorney's Office<br>Civil Services Division<br>222 N. Central Ave., Ste. 1100<br>Phoenix, AZ 85004<br>Tel: 602-506-8541 |
| Detention Officer Morris #B0541; Detention Officer Mixel #B1867 | Defendants | Unknown |

2.   **Jury Demand:**
     Was a Jury Demand made in another jurisdiction?     Yes  ⦿          No  ◯
     If "Yes," by which party and on what date?
     Plaintiff                                                                                          01/29/2016

3.   **Answer:**
     Was an Answer made in another jurisdiction?     Yes  ◯          No  ⦿
     If "Yes," by which party and on what date?

**4.**   **Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|-------|-------------|-------------------|
| Maricopa County | 5/12/2016 | Personal Service |
| Sheriff Joseph M. Arpaio | 5/12/2016 | Personal Service |
|  |  |  |

**5.**   **Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|-------|-------------------|
| Detention Officer Morris #B0541 | Defendant no longer works for Maricopa County Sheriff's Office and Plaintiff has been unable to locate |
| Detention Officer Mixell #B1867 | Defendant no longer works for Maricopa County Sheriff's Office and Plaintiff has been unable to locate |
|  |  |

**6.**   **Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|-------|-------------------|
| N/A |  |
|  |  |
|  |  |

**7.**   **Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|-------|--------|
| Plaintiff | 42 U.S.C. 1983; Fourth and Fourteenth Amendments |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)

# EXHIBIT D

JS 44   (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Antonio Andres Lechuga

**DEFENDANTS**
Maricopa County; Sheriff Joe Arpaio; Detention Officer Morris #B0541; Detention Officer Mixell #B1867; John and/or Jane Does I-X and Partnerships and/or Corporations I-X

**(b)** County of Residence of First Listed Plaintiff   Maricopa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Maricopa
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Keith M. Knowlton (Antonio Andres Lechuga )
9920 S. Rural Rd., Ste. 108, PMB #132
Tempe, AZ 85284-4100

Attorneys *(If Known)*
Charles Trullinger  (Maricopa County; Sheriff Joe Arpaio)
Sherle R. Flaggman (Maricopa County; Sheriff Joe Arpaio)
Maricopa County Attorney's Office - Civil Services Division

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. 1983
Brief description of cause:
Violation of 4th and 14th Amendment Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Honorable John Z. Boyle
DOCKET NUMBER   16-CV-01178

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

JS 44 Reverse (Rev. 11/15)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**   **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.